# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| FERNANDO NAVARRO,<br><br>      Plaintiff,<br><br> v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>      Defendants. | Case No. 3:20-CV-00282-ART-CLB<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>[ECF No. 23] |
|---|---|

  Before the Court is Defendants' motion for an extension of time to allow Plaintiff time to respond to previously propounded discovery. (ECF No. 23.) Defendants state in their motion that they served discovery on Plaintiff, but it was returned because he was paroled. (*Id.*) Defendants are requesting an extension of time *only* for Plaintiff to respond discovery propounded upon him and do not seek further discovery extensions. (*Id.*) The Court also notes Defendants filed a notice alerting the Court that Plaintiff did not change his address. (ECF No. 22.)

  Defendants' motion for an extension of time is **DENIED**. (ECF No. 23.) All deadlines in this case are hereby **STAYED** until July 8, 2022. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **Friday, July 8, 2022** to file a notice of change of address or this Court will recommend that this action be dismissed. If Plaintiff files a notice of change of address, this Court will issue an amended scheduling order reopening discovery for all purposes.

  **IT IS SO ORDERED.**

DATED: June 8, 2022.

UNITED STATES MAGISTRATE JUDGE