UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO,<br><br>        Plaintiff,<br> v.<br>BRIAN WILLIAMS, *et al.*,<br><br>        Defendants. | Case No. 3:20-cv-00282-ART-CLB<br><br>ORDER |

  *Pro se* Plaintiff Fernando Navarro brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla Baldwin (ECF No. 25), recommending the dismissal of this case due to Plaintiff's failure to comply with Local Rule IA 3-1, which requires Plaintiff to update his address with the Court. Plaintiff had until July 25, 2022 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R and will dismiss this case.

  The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia,* 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

1 	Because there is no objection, the Court need not conduct de novo review, and is satisfied Judge Baldwin did not clearly err. Here, Judge Baldwin recommends dismissal of this case because Plaintiff has not updated his address with the Court and has not participated in this case since a mediation conference on September 14, 2021. (ECF No. 25 at 1.) After filing this case, Plaintiff was released from custody, and Plaintiff was notified by the Court on June 8, 2022 that the Court would dismiss this case if Plaintiff did not update his address with the Court as required by Local Rule IA 3-1. (*Id.*) The Court agrees with Judge Baldwin. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

	It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 25) is accepted and adopted in full.

	It is further ordered that this action is dismissed for Plaintiff's failure to comply with Local Rule IA 3-1.

	DATED THIS 16th day of November 2022.

	ANNE R. TRAUM
	UNITED STATES DISTRICT JUDGE